NICHOLAS F. REYES, #102114
NICHOLAS F. REYES LAW CORPORATION
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
URIEL SOTELO-PATINO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>URIEL SOTELO-PATINO,<br><br>Defendant. | CASE NO. 1:23-CR-00013-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; AND ORDER |

Defendant, URIEL SOTELO PATINO, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JUSTIN J. GILIO, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, September 9, 2024, at 9:30 a.m. be continued to Monday, October 21, 2024 at 9:30 a.m. in the courtroom for the Honorable Troy L. Nunley, District Judge.

The continuance is necessary and good cause exists because Defendant has not completed his Safety Valve interview. Both the government and the defense requires the additional time to finalize their sentencing positions. This would critically affect the outcome of the final sentence and is in the interest of justice.

1

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for September 9, 2024, at 9:30 a.m. be continued to October 21, 2024 at 9:30 a.m.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 09/03/2024          /s/ Nicholas F. Reyes
                           NICHOLAS F. REYES
                           Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 09/03/2024          /s/ Justin J. Gilio
                           JUSTIN J. GILIO
                           Assistant U.S. Attorney

### ORDER

IT IS SO ORDERED that the sentencing hearing is continued from September 9, 2024, to **October 24, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **September 4, 2024**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

2